[No. 38551-1-II.   Division Two.   March 2, 2010.]

JOHN HAAS, *Appellant*, v. VALERY KARTASHHEV ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-03737-9, John F. Nichols, J., entered October 24, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.

[No. 38590-2-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*. v. ROBB E. YORK,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01482-7, Robert L. Harris, J., entered November 21, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38606-2-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL HENRY
BRESLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00292-4, Anna M. Laurie, J., entered November 21, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38611-9-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALD WAYNE
DAVENPORT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-02097-0, Roger A. Bennett, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.